No. 66413.—Woolart Mills, Inc. *v.* United States, protest 59/837 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the information now before the collector establishes that the merchandise in question is entitled to free entry, pursuant to section 10.104(c), Customs Regulations, 1954, which section was promulgated with the above-named act, the claim of the plaintiff was sustained.